UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Governor Wentworth Regional
School District,
    Plaintiff

    v.

P.H., parent and next friend of
P.H., Jr., a minor child by
next friend, P.H. Jr.; and
D.H., parent and next friend of
P.H., Jr., a minor child,
    Defendants

P.H., parent and next friend of
P.H., Jr., a minor child by
next friend, P.H. Jr.; and
D.H., parent and next friend of
P.H., Jr., a minor child,
    Counter Claimants

    v.

Governor Wentworth Regional
School District; John Robertson;
Paul MacMillan; and Guy Donnelly,
    Counter Defendants

**SEALED**
Civil No. 05-cv-133-SM

**O R D E R**

The submitted proposed discovery plan is adopted as a

scheduling order with the following modifications or additions:

    1.   Cross-motions for summary judgment shall be filed on or

before November 1, 2005.  Responses due on or before December 15,

2005.  (It is anticipated that the parties will engage in summary judgment related discovery early in the process.)

2.    Discovery will close on February 1, 2006.

3.    Trial will be set for the March, 2006, trial period (tentatively for jury trial).

4.    The case files will be unsealed on Tuesday, August 30, 2005, unless either party shows cause before that time why this case should be sealed.  (The parties anticipate entering into a stipulation for a protective order to protect discrete confidential documents.)

5.    The parties will advise the court of their views on the propriety of mediation on or before October 3, 2005.


      **SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge

August 29, 2005

cc:  Diane M. Gorrow, Esq.
     John P. Sherman, Esq.
     Stephen E. Borofsky, Esq.
     Erica U. Bodwell, Esq.