UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Paul Hendrickson, et al.

       v.                             05-cv-133-SM

Governor Wentworth Regional School District, et al.

O R D E R

Following appeal, the Court of Appeals for the First Circuit declared the case moot. Thus the Judgment previously entered must be vacated. (Mandate November 13, 2006). Therefore, the clerk of court shall enter judgment in accordance with the mandate and close the case.

SO ORDERED.

November 21, 2006

                                     Steven J. McAuliffe
                                     Chief Judge

cc:     All Counsel of Record